# AFFIDAVIT FOR CRIMINAL COMPLAINT

1. I, Edwin A. Moore, a Deportation Officer assigned to the Fugitive Operations Program for the U.S. Immigration and Customs Enforcement ("ICE") within the Department of Homeland Security, being duly sworn, do hereby depose and state as follows:

2. I have been employed with ICE since October 2011, and I am a graduate of the Federal Law Enforcement Training Center (FLETC). Currently, I am assigned to the ICE Fugitive Operations team in Memphis, TN. I am tasked with the identification, location, and arrest of aliens who are in violation of Title 8 and 18 of the United States Code in addition to administrative violations of the Immigration and Nationality Act. Prior to my current assignment, I was assigned to the Homeland Security Investigations (HSI), Border Enforcement Security Task Force (BEST), where I received training and conducted investigations related to the enforcement of the laws and regulations involving violations of Title 8, 18 and 19 offenses. During my employment with ICE, I have routinely participated in investigations, searches, and arrests of individuals involved in illegal reentry after removal, alien smuggling, illegal firearm possession, and the distribution of controlled substances. I have also debriefed individuals who have been involved in these offenses and have obtained information from other law enforcement officers and agents who have experience with these offenses. I am familiar with the records and databases maintained by ICE concerning immigration status, prior removals, and encounters with aliens.

3. I am an investigative law enforcement officer of the United States within the meaning of 18 United States Code (U.S.C.) § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

4. This affidavit is submitted for the limited purpose of showing probable cause in support of a complaint against Marco SABILLON-Urbina; (A094386976), (hereinafter

"SABILLON") for violations of Title 8 United States Code, Section 1326(a). The facts and information in this affidavit are based upon my personal knowledge as well as the observations of other law enforcement agents and officers involved in this investigation. This affidavit contains information necessary to support this application and to establish probable cause that SABILLON violated the above-referenced federal statute. It is not intended to include each and every fact and matter observed by me or known to the government.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Marco Sabillon-Urbina has violated 8 U.S.C. § 1326(a)—Reentry of Removed Aliens.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. In May 2026, the Tennessee Bureau of Investigation ("TBI") contacted Memphis ICE agents regarding Marco Sabillon-Urbina, an individual who had previously been the subject of an ICE investigation and convicted of federal offenses in Memphis, TN. TBI requested assistance in the identification of an unknown individual believed to be involved in criminal activity at the El Corral Night Club, in Memphis, TN. TBI provided photographs taken during a purchase-of-evidence operation at the El Corral, and ICE was able to identify the unknown individual as SABILLON.

7. A review of records maintained by ICE establish that SABILLON was born in Honduras and is a citizen and national of Honduras.

8. SABILLON is not a citizen or national of the United States and has previously been removed/deported from the United States.

9. On March 1, 2023, in the U.S. District Court, Western District of TN, SABILLON agreed to and received a stipulated judicial order of removal to Honduras as part of his federal plea agreement. The stipulated order of removal had the same operative legal effect as an ordinary,

traditional order of removal for purposes of establishing SABILLON ordered removed/deported from the United States. SABILLON'S departure from the United States was verified on September 18, 2023.

10. On December 21, 2023, U.S. Border Patrol in Lukeville, AZ, apprehended SABILLON attempting to re-enter the United States without permission or inspection. SABILLON did not apply for readmission to the United States and did not have the express consent of the Attorney General or any other legally authorized immigration authority to enter the United States.

11. At the time of his apprehension, SABILLON requested a hearing with an Immigration Judge. On November 19, 2024, Immigration Judge M. Guerrero denied all applications before the Court and ordered SABILLON to be removed/deported to Honduras. On December 13, 2024, SABILLON was removed to Honduras.

12. In May of 2026, ICE authorities discovered and documented SABILLON'S physical presence in the United States, at or near El Corral Night Club, in Memphis, TN. At that time, a review of ICE records established that SABILLON was the same alien who had previously been removed/deported from the United States on December 13, 2024.

13. Accordingly, SABILLON was found in the United States after having previously been removed/deported, without consent of the Attorney General.

14. SABILLON is currently at large.

15. Based on my investigation and my review of information provided by other investigators who have participated in the investigation of SABILLON, I respectfully submit that there is probable cause to issue an arrest warrant charging SABILLON with illegal re-entry by a removed alien and respectfully request that an arrest warrant be issued.

E.A. Moore

Edwin A. Moore
Deportation Officer, Fugitive Operations
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

Sworn to and subscribed via telephone, this the 27th day of August 2026.

s/Annie T. Christoff

United States Magistrate Judge
Western District of Tennessee