AO 442 (Rev. 01/09) Arrest Warrant USMS # 22164-510

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

United States of America
v.
Marco Sabillon Urbina
*Defendant*

Case No. 2:26-cr-20329-BCL-atc

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MARCO SABILLON URBINA, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a)—Reentry of Removed Aliens.

Date: 08/27/2026

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

City and state: MEMPHIS, TENNESSEE

Hon. Annie T. Christoff, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/27/2026, and the person was arrested on *(date)* 08/30/2026 at *(city and state)* Memphis, TN.

Date: 08/31/2026

C. Brown
*Arresting officer's signature*

Christian Brown D.O.
*Printed name and title*